and Others, Respondents.— Order so far as appealed from modified by striking out the provision for trial counsel, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

SIDNEY GANS, a Stockholder, etc., Respondent, v. WILLIAM R. HEARST and Others, Defendants, and HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant, and JOHN F. NEYLAN, Respondent. (Action No. 1.) ALEXANDER SUMMERS and MARY SUMMERS, Suing, etc., Respondents, v. WILLIAM RANDOLPH HEARST and Others, Defendants, and HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant. (Action No. 2.) THEODORA KUTZ, Suing, etc., Respondent, v. EDWARD H. CLARK and Others, Defendants, and HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant. (Action No. 3.) WILLIAM H. COE, Suing, etc., Respondent, v. H. M. BITNER and Others, Defendants, and HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant. (Action No. 4.) MARY A. O'NEILL, a Stockholder, etc., Respondent, v. HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant, Impleaded with Others, Defendants. (Action No. 5.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. (See *Druckerman* v. *Harbord, ante,* p. 942, decided herewith.) No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ALBANY SAVINGS BANK, Respondent, v. CHARLES KALB and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

NEW ENGLAND CALENDAR CO., INC., Respondent, v. THE BIGELOW PRESS, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

BETTY DAVIS, etc., Appellant, and BENEDETTO LA PRESTI, etc., Intervenor, v. JACK COHN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Arbitration, etc., between STEEL WORKERS ORGANIZING COMMITTEE, etc., Respondent, and ART STEEL COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

AMERICAN SCOTTI CORPORATION and Another, Respondents, v. HENRY POLLAK, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN D. TIPPETT, INC., Appellant, v. UNIVERSAL PICTURES CORPORATION and Others, Defendants, and PRINT STOCK CORPORATION and CARL LAEMMLE, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SARAH O'NEILL and LAWRENCE O'NEILL, Respondents, v. UNITED STATES LINE OPERATIONS, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LILLIAN R. ADAMSON, Respondent, v. HANS C. ADAMSON, Appellant.— Order unanimously modified by reducing the alimony to thirty-five dollars a week and